AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Yeakel III, Earl L. | District Court, W.D. Texas | 05/11/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

United States Courthouse
501 West 5th Street
Austin, Texas 78701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | University of Texas Longhorn Foundation Advisory Council |
| 2. | Member | Texas Commission on Uniform State Laws |
| 3. | Member | National Conference of Commissioners on Uniform State Laws |
| 4. | Member | Board of Advisors, Austin Lawyers Chapter, The Federalist Society |
| 5. | President | Austin Intellectual Property Chapter, American Inns of Court |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/11/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Employees Retirement System of Texas - Retirement |
| 2. 2014 | Nitsche & Ferguson Ins. Agency Inc. - Commission Sales |
| 3. 2014 | Texas Bar Foundation - Contract Labor (Editing) |
| 4. 2014 | Travis County, Texas - Deputy Election Judge |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Texas | January 9-10, 2014 | Austin, Texas | 30th Annual Litigation Institute | Parking |
| 2. | American Conference Institute | January 16-17, 2014 | Los Angeles, California | Residential Mortgage Conference | Transportation, Meals, & Lodging |
| 3. | National Conference of Commissioners on Uniform State Laws | January 22-26, 2014 | Tucson, Arizona | Committee on Style Meeting | Transportation, Meals, & Lodging |
| 4. | National Conference of Commissioners on Uniform State Laws | January 30-February 2, 2014 | San Diego, California | Drafting Committee Meeting | Transportation, Meals, & Lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Yeakel III, Earl L. | 05/11/2015 |

| | | | | |
|---|---|---|---|---|
| 5. | American Conference Institute | February 27-28, 2014 | Washington, D.C. | Securities Litigation & Enforcement Conference | Transportation, Meals, & Lodging |
| 6. | American Bar Association | April 8-10, 2014 | Los Angeles, California | Business Law Section Presentation | Transportation, Meals, & Lodging |
| 7. | National Conference of Commissioners on Uniform State Laws | April 24-27, 2014 | Austin, Texas | Committee on Style | Meals & Parking |
| 8. | Mortgage Bankers Association | May 4-5, 2014 | San Diego, California | Legal Issues & Regulatory Compliance Conferecne | Transportation, Meals, & Lodging |
| 9. | Ocean Tomo, LLC | May 6-7, 2014 | Houston, Texas | Surveys in Patent Litigation Presentation | Transportation, Meals, & Lodging |
| 10. | ALM (The Texas Lawyer) | May 14, 2014 | Dallas, Texas | Texas Lawyer Patent Law CLE Presentation | Transportation |
| 11. | National Conference of Commissioners on Uniform State Laws | May 15-18, 2014 | Washington, D.C. | Drafting Committee Meeting | Transportation, Meals, & Lodging |
| 12. | American Conference Institute | July 29-31, 2014 | San Francisco, California | Bad Faith Claims & Litigation Conference | Transportation, Meals, & Lodging |
| 13. | National Conference of Commissioners on Uniform State Laws | September 3-7, 2014 | Chicago, Illinois | Committee on Style | Transportation, Meals, & Lodging |
| 14. | National Conference of Commissioners on Uniform State Laws | October 5, 2014 | Chicago, Illinois | Drafting Committee Meeting | Transportation & Meals |
| 15. | National Conference of Commissioners on Uniform State Laws | November 13-16, 2014 | Chicago, Illinois | Drafting Committee Meeting | Transportation, Meals, & Lodging |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Prosperity Bank | Line of Credit | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SCHW Common Stock | A | Dividend | J | T | | | | | |
| 2. CVX Common Stock | C | Dividend | M | T | | | | | |
| 3. XOM Common Stock | A | Dividend | K | T | | | | | |
| 4. F Common Stock | A | Dividend | J | T | | | | | |
| 5. MSFT Common Stock | A | Dividend | J | T | | | | | |
| 6. Rogers Communications, Inc. Class B Common Stock | A | Dividend | K | T | | | | | |
| 7. Royal Dutch Shell PLC Common Stock | B | Dividend | K | T | | | | | |
| 8. LUV Common Stock | A | Dividend | M | T | | | | | |
| 9. SPND.OB Common Stock | | None | J | T | | | | | |
| 10. DIS Common Stock | A | Dividend | J | T | | | | | |
| 11. Fidelity Blue Chip Growth Mutual Fund | A | Dividend | K | T | | | | | |
| 12. Fidelity Blue Chip Growth Mutual Fund | C | Distribution | | | | | | | |
| 13. Fidelity China Region Mutual Fund | A | Dividend | J | T | | | | | |
| 14. Fidelity China Region Mutual Fund | B | Distribution | | | | | | | |
| 15. Fidelity New Millenium Mutual Fund | A | Dividend | K | T | | | | | |
| 16. Fidelity New Millennium Mutual Fund | B | Distribution | | | | | | | |
| 17. Fidelity Municipal Money Market Mutual Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fideltiy Municipal Money Market Mutual Fuind | A | Distribution | | | | | | | |
| 19. Fidelity US Gov't Reserves Mutual Fund | A | Dividend | L | T | | | | | |
| 20. Vanguard Total Stock Market Index Admiral Mutual Fund | A | Dividend | K | T | | | | | |
| 21. Prosperity Bank (CD) | A | Interest | L | T | | | | | |
| 22. Prosperity Bank (CD) | A | Interest | K | T | | | | | |
| 23. Prosperity Bank (Checking) | A | Interest | J | T | | | | | |
| 24. Wells Fargo Bank (Checking) | A | Interest | J | T | | | | | |
| 25. Wells Fargo Bank (Checking) | A | Interest | K | T | | | | | |
| 26. Wells Fargo Bank (Savings) | A | Interest | M | T | | | | | |
| 27. AllianceBernstein Growth & Income Fuind Inc Advisor CL (Mutual Fund) | | None | | | Sold | 08/08/14 | K | B | |
| 28. Alps ETF Tr Alerian MLP | A | Dividend | J | T | | | | | |
| 29. Alps ETF Tr Alerian MLP | A | Distribution | | | | | | | |
| 30. Altria Group Inc Common Stock | A | Dividend | J | T | | | | | |
| 31. Artisan Funds Inc. Global Value Fund Inv. Shs(Mutual Fund) | | None | | | Sold | 08/08/14 | K | C | |
| 32. American Electric Power Co Inc Common Stock | A | Dividend | J | T | | | | | |
| 33. Bank of Montreal Common Stock | A | Dividend | J | T | | | | | |
| 34. Bank of Nova Scotia Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BCE Inc Common Stock | A | Dividend | J | T | | | | | |
| 36. Darden Restaurants Inc Common Stock | A | Dividend | | | Sold | 10/30/14 | J | A | |
| 37. Dominion Resources Inc VA Common Stock | A | Dividend | J | T | | | | | |
| 38. Thornberg Investment Inc. Builder I (TIBIX) | A | Dividend | | | Sold | 08/08/14 | K | A | |
| 39. Driehaus Mut Fds Select Cr Fds (Mutual Fund) | A | Dividend | | | Buy (add'l) | 03/03/14 | J | | |
| 40. Driehaus Mut Fds Select Cr Fds (Mutual Fund) | | | | | Sold | 08/08/14 | K | A | |
| 41. Federated Strategic Value Dividend Fund Instl (Mutual Fund) | A | Dividend | | | Sold | 08/08/14 | K | C | |
| 42. Fidelity Advisor Emerging Markets Income Fund FMKIX | A | Dividend | K | T | | | | | |
| 43. Fidelity Advisor Growth Opportunites Mutual Fund-CL I | A | Distribution | | | Sold | 08/08/14 | K | D | |
| 44. First Eagle US Value Fund CL I (Mutual Fund) | | None | | | Sold | 01/08/14 | K | B | |
| 45. First Eagle Global Fund SGIIX | A | Dividend | | | Buy (add'l) | 03/03/14 | J | | |
| 46. First Eagle Gobal Fund SGIIX | | | | | Sold | 08/08/14 | K | A | |
| 47. Fidelity Advisor New Insights (Mutual Fund) | | None | | | Sold | 08/08/14 | K | D | |
| 48. Eaton Vance Floating Rate Advantage Fund (Mutual Fund) | A | Dividend | | | Sold | 08/08/14 | K | A | |
| 49. Eaton Vance Income Fund Boston Inc EIBIX | A | Dividend | | | Buy (add'l) | 03/03/14 | J | | |
| 50. Eaton Vance Income Fund Boston Inc EIBIX | | | | | Sold | 08/08/14 | K | A | |
| 51. Henderson Global Equity Income Fund CL I (Mutual Fund) | A | Dividend | | | Buy (add'l) | 03/03/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Henderson Global Equity Income Fund CL I (Mutual Fund) | | | | | Sold | 08/08/14 | K | B | |
| 53. HSBC Holdings PLC | A | Dividend | J | T | | | | | |
| 54. Merck & Co Inc Common Stock | A | Dividend | J | T | | | | | |
| 55. Microchip Technology Inc. Common Stock | A | Dividend | J | T | | | | | |
| 56. Microchip Technology Inc. Common Stock | A | Distribution | | | | | | | |
| 57. Lockheed Martin Corp Common Stock | A | Dividend | J | T | | | | | |
| 58. Lorillard Inc Common Stock | A | Dividend | J | T | | | | | |
| 59. Oakmark International Small Cap Fund (Mutual Fund) | | None | | | Sold | 02/27/14 | K | B | |
| 60. Washington Mutual Invs Fund CL F-2 SHS | A | Dividend | | | Sold | 08/11/14 | K | D | |
| 61. JPMorgan TR II Equity Income Fund HLIEX | A | Dividend | | | Sold | 08/08/14 | K | D | |
| 62. Weitz FDS Hickory FD WEHIX | | None | | | Sold | 04/01/14 | K | A | |
| 63. Third Avenue Real Estate Value Fund TAREX | | None | | | Sold | 08/08/14 | K | D | |
| 64. SPDR Gold TR GLD | | None | | | Sold | 08/08/14 | J | A | |
| 65. Hotchkiss & Wiley Fds Mid Cap Value Fd Cl I | | None | | | Buy | 04/01/14 | K | | |
| 66. Hotchkiss & Wiley Fds Mid Cap Value Fd Cl I | | | | | Sold | 08/08/14 | K | A | |
| 67. Invesco Equally-Weighted S&P 500 Fund Class Y | | None | | | Buy | 01/08/14 | K | | |
| 68. Invesco Equally-Weighted S&P 500 Fund Class Y | | | | | Sold | 08/08/14 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Metropolitan West Fds Total Return Bd Fd Cl I | A | Dividend | | | Buy | 05/14/14 | J | | |
| 70. Metropolitan West Fds Total Return Bd Fd Cl I | | | | | Sold | 08/08/14 | K | A | |
| 71. Oppenheimer Int'l Small Company Fund Cl Y | | None | | | Buy | 02/27/14 | K | | |
| 72. Oppenheimer Int'l Small Company Fund Cl Y | | | | | Buy (add'l) | 03/03/14 | J | | |
| 73. Oppenheimer Int'l Small Company Fund Cl Y | | | | | Sold | 08/08/14 | K | A | |
| 74. Rivernorth Fds Doubleline Strategic Income Fd Cl I | A | Dividend | | | Buy | 05/14/14 | J | | |
| 75. Rivernorth Fds Doubleline Strategic Income Fd Cl I | | | | | Sold | 08/08/14 | J | A | |
| 76. Ventas Inc. | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 77. Ventas Inc. | A | Distribution | | | | | | | |
| 78. Prime Money Market Fund (Mutual Fund) | A | Dividend | J | T | | | | | |
| 79. Federated Gov't Obl. Tax Mgd. Fund #636 | A | Dividend | J | T | Redeemed (part) | 01/02/14 | J | A | |
| 80. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Buy (add'l) | 01/07/14 | J | | |
| 81. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Buy (add'l) | 01/21/14 | J | | |
| 82. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Buy (add'l) | 02/19/14 | J | | |
| 83. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Redeemed (part) | 03/06/14 | J | A | |
| 84. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Redeemed (part) | 04/02/14 | K | A | |
| 85. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Buy (add'l) | 04/21/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Redeemed (part) | 05/13/14 | J | A | |
| 87. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Redeemed (part) | 06/04/14 | J | A | |
| 88. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Redeemed (part) | 07/03/14 | J | A | |
| 89. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Buy (add'l) | 07/08/14 | J | | |
| 90. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Buy (add'l) | 07/18/14 | J | | |
| 91. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Buy (add'l) | 08/18/14 | J | | |
| 92. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Redeemed (part) | 09/04/14 | J | A | |
| 93. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Redeemed (part) | 10/01/14 | J | A | |
| 94. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Redeemed (part) | 12/03/14 | J | A | |
| 95. Federal Home Loan Bank 2.20% Note | A | Interest | K | T | Buy | 04/01/14 | K | | |
| 96. Federal Home Loan Bank 1.45% Note | A | Interest | K | T | | | | | |
| 97. Federal Farm Credit Bank 3.45% Note | A | Interest | K | T | | | | | |
| 98. U.S. Treasury 5.5% Note | D | Interest | M | T | | | | | |
| 99. Luby's Inc. | | None | J | T | | | | | |
| 100. United States Series I Savings Bonds | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/11/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Earl L. Yeakel III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544